John L. Burris (SBN 69888)
Benjamin Nisenbaum (SBN 222173)
James Cook (SBN 300212)
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
T: (510) 839-5200
F: (510) 839-3882
John.Burris@johnburrislaw.com
James.Cook@johnburrislaw.com

Attorneys for Plaintiffs,
ZAKIYAH GUILLORY, CHERIE BRANCH
GUILLORY, T.G. and M.W. by and through their
Guardian ad Litem, CHERIE BRANCH GUILLORY

**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Ste. 160
Gold River, California 95670
T: (916) 922-1200
F: (916) 922-1303
Shanan L. Hewitt (SBN 200168)
SHewitt@rhplawyers.com
Christopher L. Janof (SBN 335242)
CJanof@rhplawyers.com

Attorneys for Defendant,
COUNTY OF SACRAMENTO

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAKIYAH GUILLORY, CHERIE BRANCH GUILLORY, T.G. and M.W. by and through their Guardian ad Litem, CHERIE BRANCH GUILLORY,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF SACRAMENTO, a municipal corporation; COUNTY OF SACRAMENTO, a municipal corporation; IRA PRAHL, individually and in his official capacity as an Officer for the CITY OF SACRAMENTO; DARBY LANNOM, individually and in his official capacity as an Officer for the CITY OF SACRAMENTO; LIAM KELLY, individually and in his official capacity as an Officer for the CITY OF SACRAMENTO; ALLISON SMITH, individually and in her official capacity as an Officer for the CITY OF SACRAMENTO; RAVEN POWERS, individually and in her official capacity as an Officer for the CITY OF SACRAMENTO,<br><br>*Defendants*. | Case No. 2:21-cv-00807-MCE-AC<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING; ORDER THEREON**<br><br>[E.D. Cal. L.R. 144(a)] |

Plaintiffs, by and through their counsel, John L. Burris, Esq., Benjamin Nisenbaum, Esq., and James Cook, Esq., of the LAW OFFICES OF JOHN L. BURRIS, and Defendant County of Sacramento, by and through counsel, Shanan L. Hewitt, Esq. and Christopher L. Janof, Esq., of RIVERA HEWITT PAUL LLP, hereby stipulate pursuant to Local Rule 144(a) to an extension of time in order to permit Defendants to file a responsive pleading to Plaintiff's Complaint for Damages (Doc. 1), which was filed on May 5, 2021, in accordance with the pleading requirements of the Federal Rules of Civil Procedure. The parties stipulate and have agreed to extend the responsive pleading deadline as follows:

(1) Defendants, including the COUNTY OF SACRAMENTO, were served with this lawsuit on or about May 7, 2021.

(2) At present, Defendant COUNTY OF SACRAMENTO believes it had no involvement in the incident at issue in this case. Defendant COUNTY OF SACRAMENTO is continuing to investigate to confirm that no SACRAMENTO COUNTY Sheriff's Department personnel were involved in the incident at issue and are currently in the process of seeking video of the incident which should assist the Defendant to confirm that no Sheriff's Department personnel were involved.

(3) This is the second request for extension of time for Defendant COUNTY OF SACRAMENTO to respond to the Complaint (Doc. 1).

(4) Under these circumstances, the parties have agreed and hereby stipulate to extend the time for Defendant COUNTY OF SACRAMENTO to respond to the Complaint (Doc. 1) up to and including July 12, 2021.

IT IS SO STIPULATED.

DATED: June 22, 2021                    LAW OFFICES OF JOHN L. BURRIS

*/s/ James Cook*_____
JOHN L. BURRIS
BENJAMIN NISENBAUM
JAMES COOK
Attorneys for Plaintiffs

DATED: June 21, 2021                    RIVERA HEWITT PAUL LLP

*/s/ Shanan L. Hewitt*
SHANAN L. HEWITT
CHRISTOPHER L. JANOF
Attorneys for Defendant
COUNTY OF SACRAMENTO

**ORDER**

GOOD CAUSE having been shown, the foregoing stipulated request for an extension of time for Defendant COUNTY OF SACRAMENTO to file a responsive pleading to Plaintiff's Complaint (Doc. 1) is HEREBY GRANTED. Defendant COUNTY OF SACRAMENTO shall file and serve its responsive pleading to Plaintiff's Complaint no later than July 12, 2021.

IT IS SO ORDERED.

Dated: June 29, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE