**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882
Email:  John.Burris@johnburrislaw.com
Email:  Ben.Nisenbaum@johnburrislaw.com
Email:  James.Cook@johnburrislaw.com

Attorneys for Plaintiffs,
ZAKIYAH GUILLORY, CHERIE BRANCH GUILLORY,
T.G. and M.W.  by and through their Guardian ad Litem,
CHERIE BRANCH GUILLORY

**SUSANA ALCALA WOOD, City Attorney (SBN 156366)**
**ANDREA M. VELASQUEZ, Senior Deputy City Attorney (SBN 249210)**
**CITY OF SACRAMENTO**
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455
AVelasquez@cityofsacramento.org

Attorneys for the CITY OF SACRAMENTO, IRA PRAHL, DARBY LANNOM, LIAM KELLY, ALLISON SMITH, RAVEN POWERS

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAKIYAH GUILLORY, et al., | CASE NO.:  2:21-cv-00807-MCE-AC |
| Plaintiffs, | **STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE AMENDED COMPLAINT; ORDER THEREON** |
| vs. | |
| CITY OF SACRAMENTO; et al., | Judge:  Senior Judge Morrison C. England, Jr |
| Defendants. | Date Action Filed:  May 5, 2021 |
| | Trial Date: Not Set |

The parties, by and through their respective counsel, respectfully submit this Stipulation and Proposed Order for leave for Plaintiffs to file a First Amended Complaint. The parties met and conferred to discuss the contents of Plaintiffs Complaint. During the initial meet and confer discussion, the parties agreed for Plaintiffs to make substantive changes to the Complaint. Based on the foregoing, the parties stipulate, and jointly request leave for Plaintiffs to file a First Amended Complaint by September 30, 2021. The parties further stipulate and request an extension of time for Defendants to file a response to the FAC no later than 21 days after the date the FAC is filed.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  September 30, 2021                **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ *James Cook*
James Cook
Attorney for Plaintiff

Dated:  September 30, 2021                **CITY OF SACRAMENTO ATTORNEYS' OFFICE**

/s/*Andrea M. Velasquez*
Susana Alcala Wood
Andrea M. Velasquez
Attorneys for Defendants
CITY OF SACREMENT

## ORDER

Pursuant to the foregoing stipulation of the parties, and good cause appearing, it is hereby ordered that Plaintiffs may file a First Amended Complaint up to and including September 30, 2021. Defendants shall file a response to the FAC no later than 21 days after the date the FAC is filed.

IT IS SO ORDERED.

Dated:  September 30, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE