1   John L. Burris (SBN 69888)
2   Benjamin Nisenbaum (SBN 222173)
    James Cook (SBN 300212)
3   **LAW OFFICES OF JOHN L. BURRIS**
    Airport Corporate Centre
4   7677 Oakport Street, Suite 1120
5   Oakland, California 94621
    T: (510) 839-5200
6   F: (510) 839-3882
    John.Burris@johnburrislaw.com
7   James.Cook@johnburrislaw.com

8   Attorneys for Plaintiffs,
9   ZAKIYAH GUILLORY, CHERIE BRANCH GUILLORY, T.G. and
    M.W. by and through their Guardian ad Litem, CHERIE BRANCH GUILLORY
10

11
    SUSANA ALCALA WOOD, City Attorney (SBN 156366)
12  ANDREA M. VELASQUEZ, Senior Deputy City Attorney (SBN 249210)
    **CITY OF SACRAMENTO**
13  915 I Street, Room 4010
14  Sacramento, CA 95814-2608
    Telephone: (916) 808-5346
15  Facsimile: (916) 808-7455
    AVelasquez@cityofsacramento.org
16

17  Attorneys for the CITY OF SACRAMENTO, IRA PRAHL, DARBY LANNOM, LIAM
    KELLY, ALLISON SMITH, RAVEN POWERS
18

19  **RIVERA HEWITT PAUL LLP**
20  11341 Gold Express Drive, Ste. 160
    Gold River, California 95670
21  T: (916) 922-1200
22  F: (916) 922-1303
    Shanan L. Hewitt (SBN 200168)
23  SHewitt@rhplawyers.com
    Christopher L. Janof (SBN 335242)
24  CJanof@rhplawyers.com
25  Attorneys for Defendant,
    COUNTY OF SACRAMENTO
26

27

28

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Page 1

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZAKIYAH GUILLORY, CHERIE BRANCH GUILLORY, T.G. and M.W. by and through their Guardian ad Litem, CHERIE BRANCH GUILLORY,<br><br>      *Plaintiffs*,<br>v.<br><br>CITY OF SACRAMENTO, a municipal corporation; COUNTY OF SACRAMENTO, a municipal corporation; IRA PRAHL, individually and in his official capacity as an Officer for the CITY OF SACRAMENTO; DARBY LANNOM, individually and in his official capacity as an Officer for the CITY OF SACRAMENTO; LIAM KELLY, individually and in his official capacity as an Officer for the CITY OF SACRAMENTO; ALLISON SMITH, individually and in her official capacity as an Officer for the CITY OF SACRAMENTO; RAVEN POWERS, individually and in her official capacity as an Officer for the CITY OF SACRAMENTO,<br><br>      *Defendants*. | Case No. 2:21-cv-00807-MCE-AC<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL. WITHOUT PREJUDICE, OF DEFENDANT COUNTY OF SACRAMENTO**<br><br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

IT IS HEREBY STIPULATED and agreed, by and between Plaintiffs ZAKIYAH GUILLORY, CHERIE BRANCH GUILLORY, T.G. and M.W. by and through their Guardian ad Litem, CHERIE BRANCH GUILLORY, by and through their attorneys John L. Burris, Benjamin Nisenbaum, and James Cook of the Law Offices of John L. Burris, Defendants CITY OF SACRAMENTO, IRA PRAHL, DARBY LANNOM, LIAM KELLY, ALLISON SMITH, RAVEN POWERS, by and through their attorneys Susana Alcala Wood and Andrea M. Velasquez of the City of Sacramento's Attorneys' Office, and Defendant COUNTY OF SACRAMENTO, by and through its attorney Shanan L. Hewitt of Rivera Hewitt Paul LLP, that

1  Defendant COUNTY OF SACRAMENTO be dismissed from the action without prejudice

2  pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

3         IT IS FURTHER STIPULATED that each party is to bear their own attorneys' fees and

4  costs associated with Plaintiffs' claims against Defendant COUNTY OF SACRAMENTO.

5

6  DATED: September 24, 2021              LAW OFFICES OF JOHN L. BURRIS

7

8                                        */s/ James Cook*
                                         JOHN L. BURRIS
9                                        BENJAMIN NISENBAUM
                                         JAMES COOK
10                                       Attorneys for Plaintiffs

11

12  DATED: September 24, 2021             CITY OF SACRAMENTO ATTORNEYS'
                                         OFFICE
13

14
                                         */s/ Andrea M. Velasquez*
15                                       SUSANA ALCALA WOOD
                                         ANDREA M. VELASQUEZ
16                                       Attorneys for Defendants
                                         CITY OF SACREMENTO, PRAHL, LANNOM,
17                                       KELLY, SMITH and POWERS

18

19  DATED: September 24, 2021             RIVERA HEWITT PAUL LLP

20

21                                       */s/ Shanan L. Hewitt*
                                         SHANAN L. HEWITT
22                                       CHRISTOPHER L. JANOF
                                         Attorneys for Defendant
23                                       COUNTY OF SACRAMENTO

24

25

26

27

28

1

2
## ORDER

3

4        In accordance with the foregoing stipulation, and good cause appearing, Defendant

5   COUNTY OF SACRAMENTO, only, is hereby dismissed from this action without prejudice

6   pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own fees and costs

7   associated with Plaintiffs' claims against Defendant COUNTY OF SACRAMENTO, including

8   attorneys' fees.  The case remains ongoing against other named Defendants.

9        IT IS SO ORDERED.

10
Dated:  February 24, 2022

11

12   _____

13   MORRISON C. ENGLAND, JR.
     SENIOR UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28