1  Dean Gazzo Roistacher LLP
   Mitchell D. Dean, Esq. (SBN 128926)
2  Kimberly R. Holtz, Esq. (SBN 339802)
   440 Stevens Avenue, Suite 100
3  Solana Beach, CA  92075
   Telephone: (858) 380-4683
4  Facsimile: (858) 492-0486
   E-mail: mdean@deangazzo.com
5          kholtz@deangazzo.com

6  Attorneys for Defendants City of Sacramento, Ira Prahl,
   Darby Lannom, Liam Kelly, Campbell Oldes, Allison
7  Smith and Raven Powers

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZAKIYAH GUILLORY, CHERIE BRANCH GUILLORY T.G. and M.W by and through their Guardian Ad Litem, CHERIE BRANCH GUILLORY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO, a municipal corporation; IRA PRAHL, individually and in his official capacity as an Officer for the CITY OF SACRAMENTO; DARBY LANNOM, individually and in his official capacity as an Officer for the CITY OF SACRAMENTO; LIAM KELLY, individually and in his official capacity as an Officer for the CITY OF SACRAMENTO; ALLISON SMITH, individually and in her official capacity as an Officer for the CITY OF SACRAMENTO; RAVEN POWERS, individually and in her official capacity as an Officer for the CITY OF SACRAMENTO; CAMPBELL OLDES, individually and in his official capacity as an Officer for the CITY OF SACRAMENTO; and Does 1-50 inclusive, individually, jointly and severally,<br><br>Defendants. | Case No.: 2:21-cv-00807-MCE-AC<br><br>**ORDER TO STAY DEADLINES AND SET SETTLEMENT CONFERENCE**<br><br><br>Judge:         Morrison C. England, Jr.<br>Magistrate Judge: Allison Claire |

/// 

///

///

1

Pursuant to the stipulation of the parties (ECF No. 26), and good cause appearing,

All deadlines for this matter are hereby stayed pending efforts to resolve the case. The matter will be referred to Magistrate Judge Kendall J. Newman for a settlement conference. The parties are directed to file a Joint Status Report with the Court not later than ten (10) days following the settlement conference in the event the case does not resolve at that time.

IT IS SO ORDERED.

Dated: March 1, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE