**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882
Email:  John.Burris@johnburrislaw.com
Email:  Ben.Nisenbaum@johnburrislaw.com
Email:  James.Cook@johnburrislaw.com

Attorneys for Plaintiffs,
ZAKIYAH GUILLORY, CHERIE BRANCH GUILLORY,
T.G. and M.W.  by and through their Guardian ad Litem,
CHERIE BRANCH GUILLORY

**MITCHELL D. DEAN, ESQ., SBN 128926**
**DEAN GAZZO ROISTACHER LLP**
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: mdean@deangazzo.com

Attorneys for the CITY OF SACRAMENTO, IRA PRAHL, DARBY LANNOM, LIAM KELLY, ALLISON SMITH, RAVEN POWERS, CAMPBELL OLDES

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZAKIYAH GUILLORY, et al., <br><br>                    Plaintiffs, <br><br>           vs. <br><br> CITY OF SACRAMENTO; et al., <br><br>                    Defendants. | CASE NO.:  2:21-cv-00807-MCE-AC <br><br> **STIPULATION TO DISMISS; ORDER THEREON** |

The parties, by and through their undersigned counsel of record, hereby stipulate and jointly request an Order from the Court dismissing this entire case with prejudice. Each party agrees to bear its own fees and costs as to this dismissal.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  June 21, 2022              **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ *James Cook*
James Cook
Attorney for Plaintiff

Dated:  June 21, 2022              **CITY OF SACRAMENTO ATTORNEYS' OFFICE**

/s/ *Kimberly Holtz*
Kimberly Holtz
Attorney for Defendants
CITY OF SACREMENTO, et al.

Attorneys for Plaintiffs

### ORDER

Pursuant to the foregoing stipulation of the parties, and good cause appearing, this entire case is dismissed, with prejudice. Each party is to bear its own fees and costs as to this dismissal.

The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

June 21, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE